# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA "ISAAC" MEDINA, | Case No.: 1:19-cv-00345-DAD-JLT |
| Plaintiff, | ORDER RECLASSIFYING CASE |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | |

The events set forth in the complaint arose while the plaintiff was in custody and it raises claims related to the plaintiff's conditions of confinement. The defendants in this action include government employees and the State of California. Therefore, the Court **ORDERS** the matter to be reclassified as a "prisoner action." Despite this, however, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) SHALL NOT apply.

IT IS SO ORDERED.

   Dated:  __**March 18, 2019**__          _____**/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE