# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al.,<br>   Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br>   Defendants. | 1:19-cv-00345 DAD JLT<br><br>**FIRST AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CLAUDIA MEDINA, CDCR #X-02413,**<br><br>DATE: May 7, 2019<br>TIME: 9:30 a.m. |

  Claudia Medina, CDCR # X-02413, a necessary and material witness in a settlement conference in this case on May 7, 2019, is confined at the California Institute for Women, in the custody of the Warden. To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the U. S. District Court, Courtroom #8, 2500 Tulare Street, Fresno, California 93721, on Tuesday, May 7, 2019 at 9:30 a.m.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum to issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian SHALL notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** Warden, CIW, 16755 Chino-Corona Road, Chino, California 92880:

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **April 10, 2019**       /s/ Jennifer L. Thurston
                     UNITED STATES MAGISTRATE JUDGE