1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   CLAUDIA MEDINA,                        )   Case No.: 1:19-cv-00345 DAD JLT (PC)
                                            )
12              Plaintiff,                  )   ORDER WITHDRAWING THE WRIT
                                            )   OF HABEAS CORPUS AD
13        v.                                )   TESTIFICANDUM ISSUED FOR
                                            )   CLAUDIA MEDINA, CDCR #X-02413
14   SCOTT KERNAN, et al.,                  )
                                            )
15              Defendants.                 )
                                            )
16   _____       )

17        On April 11, 2019, the Court issued a *writ of habeas corpus ad testificandum* to secure the

18   attendance of Claudia Medina, aka Isaac Medina, at a settlement conference in this matter.  (Doc. 12)

19   However, the Court has vacated the conference.  Accordingly, the Court **ORDERS** that the *writ of*

20   *habeas corpus ad testificandum* issued for Claudia Medina, aka Isaac Medina, is **WITHDRAWN**.

21

IT IS SO ORDERED.

22

23        Dated:   **April 25, 2019**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28