# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MEDINA,<br><br>       Plaintiff,<br><br>v.<br><br>TIMOTHY TEGTMEYER, et al.,<br><br>       Defendants. | **1:19-cv-00345-DAD-BAK (GSA)**<br><br>**ORDER VACATING SCHEDULING CONFERENCE SCHEDULED FOR JANUARY 28, 2022 BEFORE MAGISTRATE JUDGE GARY S. AUSTIN**<br><br>**<u>Vacated</u>**<br><br>**Scheduling Conference<br>January 28, 2022, at 9:00 a.m.<br>Federal Courthouse<br>510 19th Street, Bakersfield, California** |

On January 6, 2022, due to the elevation of Bakersfield Magistrate Judge Jennifer L. Thurston to District Judge, the court issued an order temporarily referring this case to Magistrate Judge Gary S. Austin until such time as a new Bakersfield magistrate judge is appointed. (ECF No. 39.)

A scheduling conference is currently scheduled before Magistrate Judge Gary S. Austin on Friday, January 28, 2022 at 9:00 a.m. at the Federal Courthouse, 510 19th Street, Bakersfield, California. (ECF Nos. 38, 39.)  Judge Austin does not hold in-court nor telephonic scheduling conferences or motions hearings in <u>Bivens</u> or prisoner civil rights cases.  Therefore, the January 28, 2022 scheduling conference shall be vacated.  The court shall issue orders as needed to schedule dates and deadlines for the parties in this case.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The scheduling conference set before Magistrate Judge Gary S. Austin on Friday, January 28, 2022 at 9:00 a.m. at the Federal Courthouse, 510 19th Street, Bakersfield, California, is vacated from the court's calendar;
2. The court shall issue orders as needed to schedule dates and deadlines for the parties in this case; and
3. All motions in this case shall be submitted upon the record without oral argument unless otherwise ordered by the Court, and such motions need not be noticed on the motion calendar.

IT IS SO ORDERED.

Dated:  **January 23, 2022**          **/s/ Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE