# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MEDINA aka<br>ISAAC JESUS MEDINA ESPINOZA,<br><br>        Plaintiff,<br><br>   v.<br><br>KERNAN, et al.,<br><br>        Defendants. | **1:19-cv-00345-DAD-BAK (GSA)**<br><br>**ORDER FOR PLAINTIFF TO EITHER:**<br><br>**(1)  FILE A THIRD AMENDED COMPLAINT**<br><br>**OR**<br><br>**(2)  NOTIFY THE COURT THAT HE WISHES TO PROCEED ONLY WITH THE EXCESSIVE FORCE CLAIMS FOUND COGNIZABLE BY THE COURT**<br><br>**TEN-DAY DEADLINE** |

      Claudia Medina aka Isaac Jesus Medina Espinoza ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the Complaint commencing this action on March 15, 2019. (ECF No. 1.) On April 4, 2019, Plaintiff filed a Second Amended Complaint. (ECF No. 6.)

      On May 3, 2019, the magistrate judge assigned to this case issued findings and recommendations, recommending that Plaintiff's claims in the Second Amended Complaint for denial of medical care, sexual abuse, and failure to train be dismissed without leave to amend.

(ECF No. 19.)  The court also recommended that Plaintiff's excessive force claim against defendant Del Toro be dismissed without leave to amend, and Plaintiff's excessive force claim against defendant Tegtmeyer be dismissed with leave to amend.  (Id.)  In addition, the court recommended that that defendants Diaz, Espinoza, Adams, Johnson, Collier, Herrera, Reynolds, Trevino, and Kernan be dismissed or terminated from this action.  (Id.)

On November 8, 2021, the findings and recommendations were adopted in full by the district judge.  (ECF No. 37.)  As a result, Plaintiff's claims remaining in the Second Amended Complaint are for use of excessive force against defendants Dailie, Rubalcalva, and Valencia, with the excessive force claim against defendant Tegtmeyer dismissed with leave to amend.  No deadline was set for Plaintiff to amend the complaint and to date, Plaintiff has not filed a Third Amended Complaint.

Accordingly, Plaintiff shall be granted ten (10) days in which to either: (1) file a Third Amended Complaint, or (2) notify the Court in writing that Plaintiff wishes to proceed with the Second Amended Complaint against only defendants Dailie, Rubalcalva, and Valencia, for use of excessive force in violation of the Eighth Amendment.

If Plaintiff notifies the court that Plaintiff is proceeding with the Second Amended Complaint, then defendants Dailie, Rubalcalva, and Valencia shall have thirty (30) days from the date of filing of Plaintiff's notice to file an answer or other responsive pleading to the Second Amended Complaint.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted ten (10) days from the date of service of this order in which to either:
   (1) file a Third Amended Complaint; or
   (2) notify the Court in writing that Plaintiff wishes to proceed with the Second Amended Complaint against only defendants Dailie, Rubalcalva, and Valencia, for use of excessive force in violation of the Eighth Amendment;
2. If Plaintiff notifies the court that Plaintiff wishes to proceed with the Second Amended Complaint, then defendants Dailie, Rubalcalva, and Valencia shall have

thirty (30) days from the date of filing of Plaintiff's notice in which to file an answer or other responsive pleading to the Second Amended Complaint; and

3. The court shall issue a scheduling order without a hearing, in due course.

IT IS SO ORDERED.

Dated: **January 28, 2022**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE