# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MEDINA aka<br>ISAAC JESUS MEDINA ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERNAN, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00345-DAD-BAK (GSA)**<br><br>**ORDER FOR CLERK TO ADD AKA TO PLAINTIFF'S NAME IN THIS CASE** |

　　　The court has received notice that Plaintiff Claudia Medina has formally changed his name to Isaac Jesus Medina Espinoza. (ECF No. 40 at 2 fn.1.) In light of this notice, the Court shall direct the Clerk of Court to add the aka "Isaac Jesus Medina Espinoza" to Plaintiff's name on the Court's record.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to add the aka "Isaac Jesus Medina Espinoza" to Plaintiff Claudia Medina's name on the Court's record for this case.

IT IS SO ORDERED.

　　Dated: __January 28, 2022__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE