# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MEDINA aka ISAAC ESPINOZA,<br><br>          Plaintiff,<br><br>     v.<br><br>KERNAN, et al.,<br><br>          Defendants. | 1:19-cv-00345-DAD-BAK (GSA) (PC)<br><br>**ORDER FOR PARTIES TO EITHER SUBMIT AN UPDATED JOINT SCHEDULING REPORT, OR NOTIFY THE COURT THEY WISH TO PROCEED WITH THE JOINT SCHEDULING REPORT FILED ON JANUARY 21, 2022**<br><br>**THIRTY-DAY DEADLINE** |

     Isaac Medina ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the Second Amended Complaint filed by Plaintiff on April 4, 2019, against defendants CDCR Officer Abdel Dalie, CDCR Sergeant Gilbert Rubalcava, and CDCR Officer Anselmo Valencia ("Defendants") for use of excessive force in violation of the Eight Amendment. (ECF No. 6.) On January 6, 2022, due to the elevation of Judge Jennifer L. Thurston to the position of United States District Judge, the case was temporarily referred to the undersigned magistrate judge. (ECF No. 39.)

     On January 21, 2022, the parties filed a Joint Scheduling Report in accordance with the Court's January 5, 2022 order continuing the Initial Scheduling Conference to January 28, 2022. (ECF No. 40.) On January 24, 2022, the Court vacated the January 28, 2022 Scheduling

Conference.  (ECF 41.)  On January 28, 2022, Defendants filed an answer to the Second Amended Complaint.  (ECF No. 42.)  On February 10, 2022, Plaintiff notified the Court that he is willing to proceed with the Second Amended Complaint.  (ECF No. 46.)

This case is now ready for scheduling.  However, more than two months have passed since the parties submitted their Joint Scheduling Report on January 5, 2022.  Due to the lapse in time, the parties may wish to file an updated Joint Scheduling Report.  To that end, the parties shall be required, within thirty days, to either file an updated Joint Scheduling Report or notify the Court they wish to proceed with the Joint Scheduling Report filed on January 5, 2022.

Accordingly, **IT IS HEREBY ORDERED** that within thirty days of the date of service of this order, the parties shall either file an updated Joint Scheduling Report or notify the Court they wish to proceed with the Joint Scheduling Report filed on January 5, 2022.

IT IS SO ORDERED.

Dated:   **March 31, 2022**                          /s/ Gary S. Austin
                                                       UNITED STATES MAGISTRATE JUDGE