UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JESUS MEDINA ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY TEGTMEYER, et al.,<br><br>Defendants. | Case No. 1:19-cv-00345-ADA-CDB (PC)<br><br>ORDER ON STIPULATION GRANTING RELIEF FROM COURT REPORTER PHYSICAL PRESENCE REQUIREMENT FOR DEPOSITIONS UNDER FED RULE CIV. P. 28<br><br>(ECF No. 58) |

On November 15, 2022, the parties filed a stipulation seeking to be relieved of the requirement under Federal Rule of Civil Procedure 28 that a court reporter be physically present for depositions. (ECF No. 58). Based on the COVID-19-related issues and concerns raised in the parties' stipulation, the Court finds that good cause exists to grant the relief requested.

Accordingly, IT IS HEREBY ORDERED that a court reporter is not required to be in the same physical location as the deponent during their depositions in this case.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE