UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JESUS MEDINA ESPINOZA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TEGTMEYER, et al.,<br><br>Defendants. | Case No. 1:19-cv-00345-ADA-CDB  (HC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AMINISTRATIVE RELIEF TO AMEND CASE CAPTION**<br><br>(ECF Nos. 56, 60) |

Based on the representations made in Plaintiff's unopposed Motion for Administrative Relief to Amend Case Caption, filed November 15, 2022, and supporting declaration, filed November 16, 2022 (ECF Nos. 56, 60), it is HEREBY ORDERED that:

1. The Clerk of Court shall change the name of Plaintiff from Claudia Medina to Isaac Jesus Medina Espinosa; and

2. All future filings shall reference Plaintiff as Isaac Jesus Medina Espinosa.

IT IS SO ORDERED.

Dated:   **November 17, 2022**                                     _____

UNITED STATES MAGISTRATE JUDGE