ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
ANDREA R. SLOAN, State Bar No. 265421
Deputy Attorney General
PETER D. LEWICKI, State Bar No. 321589
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7362
 Fax:  (916) 324-5205
 E-mail:  Andrea.Sloan@doj.ca.gov
*Attorneys for Defendants A. Dalie, G. Rubalcava,*
*and A. Valencia, deceased*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISAAC JESUS MEDINA ESPINOZA,** | 1:19-cv-00345-ADA-CDB (PC) |
| Plaintiff, | **STIPULATION TO EXTEND THE DISCOVERY AND EXPERT DESIGNATION DEADLINES; ~~PROPOSED~~ ORDER** |
| **v.** | |
| **TIMOTHY TEGTMEYER, et al.,** | Judge:         The Honorable Christopher D. Baker |
| | Trial Date:    November 7, 2023 |
| Defendants. | Action Filed:  March 15, 2019 |

Plaintiff Isaac Jesus Medina Espinoza and Defendants A. Dalie, G. Rubalcava, and A. Valencia, deceased, through their respective counsel, stipulate as follows:

1.     The parties stipulate to an extension of time to complete non-expert discovery from the current deadline of January 13, 2023, to January 27, 2023.

2.     The parties stipulate to an extension of time to designate experts from the current deadline of February 3, 2023, to February 17, 2023.

3.     The parties stipulate to an extension of time to designate rebuttal experts from the current deadline of March 3, 2023, to March 17, 2023.

1

1    4.    The parties do not stipulate to any other changes to any presently scheduled

2    deadlines, hearing dates, or trial dates.

3    5.    Good cause for this stipulation is as follows.  The parties have been actively engaged

4    in exchanging discovery documents.  Plaintiff served written discovery requests in the form of

5    requests for production of documents on April 12, 2022.  Defendants timely responded, after

6    receiving an extension of time from Plaintiff's counsel, on or about June 29, 2022, with

7    approximately 2,695 responsive documents.  On or about November 4, 2022, the parties began

8    scheduling depositions and on November 9, 2022, Plaintiff's counsel advised Defendants'

9    counsel that there were discovery issues which needed to be resolved prior to depositions.  At this

10    time, the parties began discussing a protective order for the release of confidential documents.

11    The parties agreed to, and filed, a stipulated protective order on November 15, 2022.  (ECF No.

12    57.)  The Court granted the stipulated protective order on November 17, 2022.  (ECF No. 62.)

13    Shortly thereafter, Defendants provided the requested confidential documents in their possession.

14    However, through further inquiry, on or about December 23, 2022, it was discovered there were

15    recorded interviews and additional documents that were not previously produced.  Defendants

16    located these recorded interviews on or about December 29, 2022, and provided them, along with

17    additional confidential documents, to Plaintiff on or about January 3, 2023.  On or about January

18    9, 2023, Plaintiff's counsel notified Defendants' counsel that she had not received a video

19    recorded interview of Plaintiff.  After meeting and conferring with Plaintiff's counsel,

20    Defendants' counsel sent the requested recording the same day.  Defendants' counsel then

21    deposed Plaintiff on January 10, 2023.  During this deposition, possible pre-existing injuries were

22    disclosed, causing the need for Defendants to review additional medical records prior to the

23    incident.  Defendants have requested these medical documents and are now awaiting their receipt

24    and will need to send them to Plaintiff's counsel at that time.  Also on January 11, 2023,

25    Plaintiff's counsel deposed Defendant Dalie.  During Defendant Dalie's deposition, it became

26    apparent that some additional confidential documents related to an Office of Internal Affairs

27    Report exhibits and Rules Violation Report inadvertently may not have been completely

28    produced.  After Defendant Dalie's deposition, Defendants' counsel requested these documents

2

1   be provided to insure that all parties have the complete documents.  Presently, Defendants are

2   waiting on complete exhibits to an Office of Internal Affairs Report, which includes relevant

3   portions of a Rules Violation Report, among other items, and Plaintiff's 2016 medical records.

4   Upon receipt of these items, Defendants need time to provide them to Plaintiff's counsel and

5   Plaintiff's counsel needs time to review the documents to determine if any further meet and

6   confer efforts and discovery are necessary.

7          6.      Accordingly, this stipulation is made upon good cause to allow the parties sufficient

8   time to resolve pending discovery issues without requiring intervention from the Court and is not

9   meant to cause any undue delay to the case.

10          **IT IS SO STIPULATED.**

11   Dated:  January 13, 2023                     Respectfully submitted,

12                                                ROB BONTA
                                                  Attorney General of California
13                                                R. LAWRENCE BRAGG
                                                  Supervising Deputy Attorney General
14                                                PETER D. LEWICKI
                                                  Deputy Attorney General
15
                                                  */s/ Andrea R. Sloan*
16
                                                  ANDREA R. SLOAN
17                                                Deputy Attorney General
                                                  *Attorneys for Defendants*
18

19   Dated:  January 13, 2023                     Siegel, Yee, Brunner & Mehta

20                                                */s/ EmilyRose Johns*

21                                                EMILYROSE JOHNS
                                                  *Attorneys for Plaintiff*
22

23   For good case show, the forgoing extended discovery deadlines addressed herein are GRANTED.

24   IT IS SO ORDERED.

25      Dated:   **January 13, 2023**         _____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28