UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC JESUS MEDINA ESPINOSA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, *et al*.<br><br>    Defendants. | Case No. 1:19-cv-00345-ADA-CDB (PC)<br><br>ORDER ON SECOND STIPULATION TO EXTEND THE EXPERT DESIGNATION DEADLINES<br><br>(Doc. 69) |

Pending before the Court is the parties' second stipulation in which the parties request an extension of time to designate experts and rebuttal experts. (Doc. 69). Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. The deadline to designate experts is extended to March 17, 2023; and
2. The deadline to designate rebuttal experts is extended to April 17, 2023.

IT IS SO ORDERED.

Dated: **January 30, 2023**

                                          UNITED STATES MAGISTRATE JUDGE