UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JESUS MEDINA ESPINOZA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TEGHTMEYER, ET AL.,<br><br>Defendants. | Case No. 1:19-cv-00345-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT A. VALENCIA<br><br>PRE-TRIAL CONFERENCE SET FOR SEPTEMBER 18, 2023 AT 1:30P.M. PARTIES ORDERED TO SUBMIT JOINT PRETRIAL STATEMENT BY NO LATER THAN SEPTEMBER 11, 2023<br><br>(ECF Nos. 73, 81) |

Plaintiff Isaac Jesus Medina Espinoza ("Plaintiff") proceeds represented in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2023, the assigned Magistrate Judge issued findings and recommendations to grant Defendants' motion to dismiss Defendant A. Valencia due to his death. (*See* ECF Nos. 81, 73). The Court served the findings and recommendations on Plaintiff and gave him ten days to file objections thereto. (ECF No. 81 at 2.) More than ten days have passed, and no objections have been filed. (*See* docket.) The findings and recommendations advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." (ECF No. 81 at

2); *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court dismisses Defendant A. Valencia since a statement noting his death has been filed on the record and all parties have received service. (ECF Nos. 64, 65, 66.) In addition, no motion for substitution has been made in the 90 days following the filing and service of the suggestion of death. *Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). Accordingly, under Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendant A. Valencia must be dismissed.

Accordingly,

1. The findings and recommendations issued on April 6, 2023, (ECF No. 81), are adopted in full;
2. Defendant A. Valencia is DISMISSED from this action;
3. The Clerk of Court is directed to remove A. Valencia from the docket; and
4. The Pre-Trial Conference is set for September 18, 2023, at 1:30p.m. (ECF No. 50 at 1.) The parties are reminded to file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2) by no later than September 11, 2023. A Word format digital copy of the Joint Pretrial Statement must also be submitted to Judge de Alba's chambers at ADAorders@caed.uscourts.gov by no later than September 11, 2023.

IT IS SO ORDERED.

Dated:   August 23, 2023

_____
UNITED STATES DISTRICT JUDGE

2