UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JESUS MEDINA ESPINOSA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TEGTMEYER, et al.,<br><br>Defendants. | Case No. 1:19-cv-00345-ADA-CDB (PC)<br><br>**ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>(Doc. 92) |

On October 16, 2023, the court held a settlement conference, and the parties agreed to settle the case. (Doc. 91). Thereafter, the Court ordered the parties to file dispositional documents within 30 days. *Id*. On November 16, 2023, the parties filed a stipulated request for 30-day extension of the deadline to file dispositional documents. (Doc. 92). The parties represent that Plaintiff's counsel experienced the passing of her father shortly after the settlement conference and has encountered unexpected difficulties in gathering the signatures needed to file dispositional documents. *Id*.

For good cause shown, the Court extends the parties' time within which to file dispositional documents *nunc pro tunc* from November 15, 2023, to **December 15, 2023**.

IT IS SO ORDERED.

Dated:   **November 16, 2023**                    _____
                                                                   UNITED STATES MAGISTRATE JUDGE